IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 2:17-mj-00118-KJN-1

ALEXESY PREDYBAYLO,

Defendant.

JUL 12 2017
CLERK, U.S. DISTRICT C...
EASTERN DISTRICT OF CALIF...
BY_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | ALEXESY PREDYBAYLO | |
| Detained at | Sacramento County Jail | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: 21 U.S.C. § 841(a)(1); 18 U.S.C. § 922(g)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Ross K. Naughton |
| Printed Name & Phone No: | Ross K. Naughton / (916) 554-2991 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] or [**on DATE AND TIME**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: Jul 12, 2017

Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 10024696 X-4280466 | DOB: | **/**1993 |
| Facility Address: | Sac County 651 "I" Street, Sac 95814 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)